## Louis Lieberman, Appellee, v. Aaron E. Kanter and Eleanor Kanter, Appellants.

### Gen. No. 41,385.

opinion filed March 31, 1941. Edward Sager, for appellants; Oscar H. Green, of counsel; Solomon M. Glick, for appellee; Abraham H. Maller, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''